**Order entered February 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01101-CV

### MICHAEL HILL, Appellant

### V.

### SHERMCO INDUSTRIES, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-04535**

## ORDER

By postcard dated November 1, 2012, we notified the court reporter for the 162nd Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have received no reponse.

Accordingly, we **ORDER** court reporter Sheretta Martin to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not been found indigent and has not paid for the record.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE